UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | : | |
| | : | |
| **Plaintiff** | : | CIVIL ACTION NO.: 3:22-CV-80 |
| v. | : | (JUDGE MANNION) |
| YVETTE A. AUGUSTUS, JOANNE AUGUSTUS, DOREEN Y. AUGUSTUS, JAMAL J. AUGUSTUS, JULIUS O. AUGUSTUS, JAHQUAN J. AUGUSTUS and THE ESTATE OF HERBERT F. AUGUSTUS | : | |
| **Defendants** | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The Clerk of Court shall enter judgment in favor of defendant Joanne Augustus providing for the payment of the interpleader funds to her in full.

(2) The Clerk of Court shall enter judgment against the remaining defendants and the judgment shall provide for no payment to be made to them.

**(3)** The Clerk of Court shall **CLOSE THIS CASE**.

_/s/ Malachy E. Mannion_
MALACHY E. MANNION
United States District Judge

Date: February 22, 2024
22-80-01-ORDER