AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| U.S. Life Insurance Company in the City of NY )<br>*Plaintiff* )<br>v. )<br>YVETTE A. AUGUSTUS, et al. )<br>*Defendant* ) | Civil Action No. 3:22-cv-00080-MEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: JUDGMENT BE AND HEREBY IS ENTERED in favor of defendant Joanne Augustus providing for the payment of the interpleader funds to her in full.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: _____

*CLERK OF COURT*

*Courtney Pucilowski*
*Signature of Clerk or Deputy Clerk*

FILED
SCRANTON
FEB 23 2024
PER _____ DEPUTY CLERK